**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 12, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-01574-RPM

| | |
|---|---|
| DAVID DURAN, | Lonn M. Heymann |
| JESSICA LONG , | Raymond K. Bryant |
| Plaintiffs, | |
| v. | |
| JOHN HINTERREITER, | Thomas J. Lyons |
| RYAN CARMICHAEL, | Mark S. Ratner |
| CHAD MARTINEZ | |
| JUSTIN BJUR, | |
| JERRY SEYJOUR, | No Appearance |
| AMERICAN COMMERCIAL SECURITY; and | Lars F. Bergstrom |
| THE CITY OF LAKEWOOD, COLORADO, | |
| Defendants. | |

_____

**Amended COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Bergstrom states that Mr. Seyjour is no longer an employee of American Commercial Security. Counsel state the Court is correct that defendant Seyjour has not filed an answer nor entered an appearance in this case.

Argument by Mr. Lyons.
Mr. Lyons states defendant Hinterreiter has not answered the Amended Complaint and his answer to the original complaint is consistent to his position taken in the pending motion to dismiss.

Mr. Heyman answers questions asked by the Court regarding the underlying criminal case.
Mr. Bryant answers question regarding case facts.
Mr. Heymann answers questions asked by the Court regarding case claims and facts.
Argument by Mr. Heymann.

**ORDERED:    Plaintiffs' Ninth Claim for Relief is dismissed for failure to adequately plead
                   malicious prosecution.**

September 12, 2012
12-cv-01574-RPM

Argument by Mr. Lyons.

Further Argument by Mr. Heymann.

Argument by Mr. Bryant.

**ORDERED:** **Plaintiffs' Tenth Claim for Relief is dismissed.**
**Defendant City of Lakewood, Colorado is dismissed.**

**ORDERED:** **Motion to Dismiss Plaintiffs' Complaint from the City of Lakewood, Colorado, John Hinterreiter, Ryan Carmichael, Justin Bjur and Chad Martinez [15], is denied with respect to the First, Second and Fourth Claims for Relief as to the individual city defendants.**

**City Defendants' Motion to Dismiss Plaintiffs' Complaint [7], is moot.**

**2:35 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 35 min.