IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01574-RPM

DAVID DURAN,
JESSICA LONG ,

      Plaintiffs,
v.

JOHN HINTERREITER,
RYAN CARMICHAEL,
CHAD MARTINEZ
JUSTIN BJUR,
JERRY SEYMOUR, and
AMERICAN COMMERCIAL SECURITY,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that  a scheduling conference will be held on **November 2, 2012, at 11:00 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on October 25, 2012.**  The conference is conducted with lead counsel present in

person.  No parties or representatives of parties will be permitted to attend.

      DATED: September 27th, 2012

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior Judge