IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01574-RPM

DAVID DURAN,
JESSICA LONG ,

    Plaintiffs,

v.

JOHN HINTERREITER,
RYAN CARMICHAEL,
CHAD MARTINEZ
JUSTIN BJUR,
JERRY SEYMOUR, and
AMERICAN COMMERCIAL SECURITY,

    Defendants.
_____

ORDER DISMISSING DEFENDANTS JERRY SEYMOUR AND AMERICAN COMMERCIAL SECURITY
_____

    Pursuant to the Stipulation for Dismissal [28] filed November 30, 2012, it is

    ORDERED that plaintiffs' complaint is dismissed with prejudice against defendants Jerry Seymour and American Commercial Security.

    DATED: December 3, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge