**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 25, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Jennifer Hawkins

_____

Civil Action No. 12-cv-01574-RPMN

| | |
|---|---|
| DAVID DURAN, | Raymond K. Bryant |
| JESSICA LONG , | |
| Plaintiffs, | |
| v. | |
| JOHN HINTERREITER, | Mark S. Ratner |
| RYAN CARMICHAEL, | |
| CHAD MARTINEZ , and | |
| JUSTIN BJUR, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Compel**

**1:58 p.m.        Court in session.**

Court's preliminary remarks.

Mr. Bryant answers questions asked by the Court.
Argument by Mr. Bryant.

Argument by Mr. Ratner.

**ORDERED:    Defendants' Motion to Compel Employment Release for Jessica Long [37], is denied.**

Mr. Ratner answers questions asked by the Court re [43].
Mr. Bryant answers questions asked by the Court re [43].

**ORDERED:    Plaintiffs' Motion to Compel Discovery Responses from the Individual Defendants and a 30(b)(6) Deposition from the City Of Lakewood, is resolved by Court's direction to conduct the Rule 30(b)(6) deposition of the City of Lakewood.**

**2:10 p.m.        Court in recess.**      Hearing concluded.  Total time: 12 min.