IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01574-RPM

DAVID DURAN,
JESSICA LONG ,

    Plaintiffs,

v.

JOHN HINTERREITER,
RYAN CARMICHAEL,
CHAD MARTINEZ and
JUSTIN BJUR,

    Defendants.

_____

## ORDER ADDING CITY OF LAKEWOOD AS A DEFENDANT
_____

    Upon review of the Joint Stipulated Motion to Add the City of Lakewood, Colorado as a defendant [59], it is

    ORDERED that the motion is granted.

    DATED: October 4th, 2013

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior Judge