IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01574-RPM

DAVID DURAN,
JESSICA LONG ,

    Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO,
JOHN HINTERREITER,
RYAN CARMICHAEL,
CHAD MARTINEZ and
JUSTIN BJUR,

    Defendants.

_____

## ORDER DISMISSING DEFENDANTS HINTERREITER, CARMICHAEL, MARTINEZ AND BJUR
_____

Upon review of the Stipulated Motion to Dismiss Defendants Hinterreiter, Carmichael, Martinez and Bjur Only [61] filed today, it is

ORDERED that the motion is granted as to Defendants John Hinterreiter, Ryan Carmichael, Chad Martinez, and Justin Bjur with prejudice, each party to be responsible for their own fees and costs.

DATED: October 4th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge