IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01574-RPM

DAVID DURAN,
JESSICA LONG ,

    Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Upon review of Defendant's Stipulated/Unopposed Motion to Dismiss Due to Settlement [65] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to be responsible for their own fees and costs.

DATED: October 28th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge